312

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BILLY G. ALTMAN, Defendant-Appellant.

(No. 72-259;

Fifth District—January 3, 1974.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.

JAMES E. EVANS *et al.*, Plaintiffs-Appellees, *v.* ELMO NIXON, formerly d/b/a CROWN REALTY COMPANY *et al.*, Defendants-Appellants.

(No. 72-9;

Fifth District—January 4, 1974.